### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed on or After November 1, 1987) |
| **Reyes Hernandez-Latin** | No. 08-15029-001M-SD |
| Citizen of Mexico | Brenda Acosta Sandoval (AFPD)<br>Attorney for Defendant |
| USM#: 13550208     DOB: 1971 | ICE#: A70 957 893 |

**THE DEFENDANT ENTERED A PLEA OF** guilty on 1/7/2008 to Count THREE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count THREE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of FOUR (4) MONTHS on Count THREE, with credit for time served.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted     **FINE:** $     **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count THREE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**08-15029-001M-SD**                                                                                                      *Page 2 of 2*
USA vs. Reyes Hernandez-Latin

Date of Imposition of Sentence: **Monday, January 7, 2008**

_____ Date 1/7/2008_____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____           By:_____
United States Marshal                                              Deputy Marshal
08-15029-001M-SD -

DATE: 1/7/2008   CASE NUMBER: 08-15029-001M-SD

## PLEA/SENTENCING MINUTES

USA vs. Reyes Hernandez-Latin

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   Judge #: 70BK
U.S. Attorney _____   INTERPRETER REQ'D Ricardo Gonzalez
                                       LANGUAGE: Spanish
Attorney for Defendant Brenda Acosta Sandoval (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA 1/4/08           ☒ Complaint Filed            ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☒ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**   ☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:   before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)   ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:**   ☒ Held  ☐ Cont'd  ☐ Reset
Set for:   before:
☐ Consent to be tried by a Magistrate Judge signed   ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant   ☐ Information filed _____   ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts THREE
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) THREE of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) ONE/TWO
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence   ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of 4 Months   ☐ Probation/Supervised Release for _____
☒ Special Assessment $ REMITTED   ☐ Fine $_____   ☐ Restitution $_____
Other: _____

RECORDED: CS
BY: Jocelyn M. Arviso, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,           )<br>              Plaintiff,               )<br>                                           )<br>vs.                                        )<br>                                           )<br>Reyes Hernandez-Latin     )<br>              Defendant.             )<br>                                           ) | CASE NUMBER 07-15029m-SD<br><br>WAIVER OF REMOVAL HEARING |

I waive my right to have a Removal Hearing and agree that my case may be adjudicated in the Southern District of California.

DATED this __7__ day of __Jan.__, 2008

X __Reyes Hernandez-Latin__
Defendant

__Brenda Sandoval__
Attorney for the Defendant

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Reyes HERNANDEZ-Latin
Citizen of Guatemala
YOB: 1971
A70 957 893
Illegal Alien

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-15029M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about January 8, 2003, Defendant Reyes HERNANDEZ-Latin was arrested and removed from the United States to Guatemala through the port of Phoenix, Arizona, in pursuance of law, and thereafter on or about January 4, 2008, Defendant was found in the United States near Blythe, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about April 28, 2005, within the District of Arizona, Defendant Reyes HERNANDEZ-Latin, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers and elude examination or inspection by Immigration Officers; in violation of Title 8, United States Code, Section 1325, in that the Defendant was previously convicted for violation of Title 8, United States Code, Section 1325, on May 20, 2005 (Felony).

### COUNT III

That on or about April 28, 2005, within the District of Arizona, Defendant Reyes HERNANDEZ-Latin, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

_____
Signature of Complainant
Mario Guerrero
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

January 7, 2008                    at         Yuma, Arizona
Date                                              City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                  Signature of Judicial Officer

# STATEMENT OF FACTUAL BASIS

Defendant: Reyes HERNANDEZ-Latin

Dependents: 2 Guatemala

**IMMIGRATION HISTORY:** The Defendant was last removed through Phoenix, Arizona on January 8, 2003. **The Defendant has been previously apprehended three times by Immigration Officials.**

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 04/13/97 | Inglewood, CA | Burglary | Pros Rel-Lack of Corpus |
| 04/20/97 | Inglewood, CA | Use of race license fraudulent | Unknown |
| 03/27/00 | Los Angeles, CA | Poss NARC CNTL SUB | Dismissed |
| 08/05/00 | Los Angeles, CA | Robbery | 180 days jail, 36 mo prob |
| 01/01/02 | Arcadia, CA | Trespassing | Convicted 1 year probation |
| 10/27/02 | Pasadena, CA | Robbery | Unknown |
| 04/30/05 | Nogales, AZ BP | EWI | 45 days jail |
| 06/13/05 | Norwalk, CA | Robbery | Unknown |
| 07/01/07 | Redwood City, CA | DUI | Unknown |
| 12/07/07 | Los Angeles, CA | DUI | Unknown |

Narrative: The Defendant, a citizen of Guatemala and illegally within the United States, was encountered by Blythe Border Patrol agents near Blythe, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Guatemala and illegally in the United States.

The Defendant was transported to the Blythe station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Sasabe, Arizona on April 28, 2005.

Charges:  8 USC§1326  (Felony)
8 USC§1325  (Felony)
8 USC§1325  (Misdemeanor)

_Signature_
Signature of Complainant

Sworn to before me and subscribed in my presence,

January 7, 2008
Date

_Signature_
Signature of Judicial Officer

I, Senior Patrol Agent Mario Guerrero, declare under penalty of perjury, the following is true and correct:

## STATEMENT OF FACTUAL BASIS

Defendant:            Reyes HERNANDEZ-Latin

Dependents:           2 Guatemala

**IMMIGRATION HISTORY:**   The Defendant was last removed through Phoenix, Arizona on January 8, 2003. **The Defendant has been previously apprehended three times by Immigration Officials.**

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 04/13/97 | Inglewood, CA | Burglary | Pros Rel-Lack of Corpus |
| 04/20/97 | Inglewood, CA | Use of race license fraudulent | Unknown |
| 03/27/00 | Los Angeles, CA | Poss NARC CNTL SUB | Dismissed |
| 08/05/00 | Los Angeles, CA | Robbery | 180 days jail, 36 mo prob |
| 01/01/02 | Arcadia, CA | Trespassing | Convicted 1 year probation |
| 10/27/02 | Pasadena, CA | Robbery | Unknown |
| 04/30/05 | Nogales, AZ BP | EWI | 45 days jail |
| 06/13/05 | Norwalk, CA | Robbery | Unknown |
| 07/01/07 | Redwood City, CA | DUI | Unknown |
| 12/07/07 | Los Angeles, CA | DUI | Unknown |

Narrative:    The Defendant, a citizen of Guatemala and illegally within the United States, was encountered by Blythe Border Patrol agents near Blythe, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Guatemala and illegally in the United States.

The Defendant was transported to the Blythe station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Sasabe, Arizona on April 28, 2005.

Executed on: Date __January 6, 2008__        Time: _____10:43 AM_____

Signed: ___Mario Guerrero___  Senior Patrol Agent

### Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of *two* page(s), I find probable cause to believe that the defendant(s) named therein committed the offense on April 28, 2005 in violation of Title 8, United States Code, Section(s) 1326 and 1325.

Finding made on: Date  JANUARY 6, 2008          Time  12:67 PM

Signed: _____ United States Magistrate Judge